# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 17CR2200 WQH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| NEIL VETTURELLI, | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is the motion for judicial recommendation concerning length of RRC and direct home confinement filed by Defendant Neil Vetturelli. (ECF No. 48).

On April 19, 2018, this Court sentenced the Defendant to serve a term of imprisonment of 15 months on two counts of distribution of cocaine in violation of 21 U.S.C. § 841 (a)(1) (ECF No. 37). The Court ordered Defendant to self-surrender on or before June 1, 2018. Defendant moves the Court to recommend that the Bureau of Prisons afford the Defendant at least 9 months of his remaining sentence on direct home confinement placement.

"The Bureau of Prisons shall designate the place of the prisoner's imprisonment." 18 U.S.C. § 3621(b). The Bureau of Prisons is directed to consider "any statement by the court that imposed the sentence – recommending a type of penal or correctional facility as appropriate." 18 U.S.C. § 3621(b)(4)(B). At the time of sentencing, the

Court recommended designation on the Western Region as close to San Diego as possible and participation in the Residential Drug Abuse Program.

The Court has no authority to make any additional recommendation at this stage in the proceedings. In addition. The Court declines to make any further recommendation to the Bureau of Prisons as to the type of correctional facility appropriate.

IT IS HEREBY ORDERED that the motion for judicial recommendation concerning length of RRC and direct home confinement (ECF No. 48) is denied.

DATED: December 17, 2018

**WILLIAM Q. HAYES**
United States District Judge